IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

JASON and DON LIBBY,　　　　　　　　　　　　　　No. 1:15-cv-00298-CL
　　　　　　　　　　　　　　　　　　　　　　　　　　　ORDER
　　　　Plaintiffs,

　　vs.

CITY OF MEDFORD *et al.*,

　　　　Defendants.

AIKEN, Judge:

On March 17, 2017, Magistrate Judge Clarke filed Findings and Recommendation ("F&R") recommending this Court grant defendants' motion for summary judgment. The F&R is now before me pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72. I review *de novo* those portions of the F&R to which objection is made. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3); *Holder v. Holder*, 392 F.3d 1009, 1022 (9th Cir. 2004).

Following a *de novo* review, I find no error. I ADOPT Judge Clarke's F&R (doc. 67). Defendants' motions for summary judgment (docs. 33 & 42) are GRANTED.

1 - ORDER

IT IS SO ORDERED.

Dated this 16th day of ~~April~~ May 2017.

/s/ Ann Aiken
Ann Aiken
United States District Judge