IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JASON LIBBY and DON LIBBY, | |
| Plaintiffs, | Civ. No. 1:15-cv-00298-CL |
| v. | JUDGMENT |
| CITY OF MEDFORD, MEDFORD POLICE DEPARTMENT, DETECTIVE BILL FORD, SERGEANT KEVIN WALRUFF, OFFICER JONATHAN BAGLIETTO, SERGEANT TOM LANIERI, SERGEANT JOSH REIMER and CHIEF OF POLICE TIM GEORGE, | |
| Defendants. | |

The Court has adopted the Findings and Recommendation of the Magistrate Judge.

Accordingly, this action is dismissed.

DATED: 5/22/2017

Mary L. Moran, Clerk

By  /s/ Cathy Kramer
     Deputy Clerk

1 –JUDGMENT